IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-10919
Summary Calendar

RAFFAELE M PANDOZY, Ph.D.

                                          Plaintiff - Appellant

v.

MARY ANN BEATY; JAY M PATTERSON, Former Justice
of District 101, Individually and in his official capacity;
LISA MATZ, Court of Appeals, Individually and in her
official capacity as Court Clerk; STATE OF TEXAS;
MARTIN LOWY, Justice of District 101, Individually
and in his official capacity

                                          Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CV-845

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is affirmed for the reasons stated in the

magistrate judge's report and recommendation dated August 3, 2007.

        AFFIRMED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.